**Entered on Docket
February 28, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 2 3 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

|  |  |
|---|---|
| IN RE:<br>ROBERT STEPHEN TRICKEY dba Trickey Studio,<br><br>DEBTOR(S) | ) Case No. 02-32460<br>) (Chapter 13)<br>)<br>)<br>) |

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of Bank of America successor to MBNA as Assignee of Textron Financial Corporation Small Business Direct Portfolio specified accounts (Fed. ID#56-0906609) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the amount of $3,792.12) be paid to Bank of America c/o American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this 23rd day of February, 2007.

United States Bankruptcy Judge

CC: Financial Administrator
American Property Locators, Inc.
Mr. J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013